IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICIA A. HALL                                                                                              PLAINTIFF

v.                                          NO. 3:06CV00064SWW

CITY OF WEST MEMPHIS, ARKANSAS                                                      DEFENDANT

## ORDER

Counsel for the parties has informed the Court that settlement has been reached in this case and that the parties are currently in the process of confirming the details of the settlement. Due to the settlement, it is hereby ordered that this case be dismissed with prejudice; however, the Court will retain jurisdiction over the settlement agreement in this matter. The Clerk of the Court is directed to terminate this case.

IT IS SO ORDERED this 8th day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE